DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-293-FDW

| | |
|---|---|
| MICHAEL JASON HOOTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| FNU DAVIDSON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983 on December 30, 2015. On January 15, 2016, this Court entered an Order requiring Plaintiff to submit an administrative remedy statement within 20 days. (Doc. No. 3). The Court warned Plaintiff that failure to submit an administrative remedy statement would result in dismissal of this action. Plaintiff has not submitted an administrative remedy statement to this Court.

**IT IS, THEREFORE, ORDERED that:**

(1) Plaintiff shall have fourteen days from service of this Order in which to either submit an administrative remedy statement or to respond to this Order showing cause for why he has not submitted an administrative remedy statement. If Plaintiff fails to respond to this order, this action will be dismissed without prejudice and without further notice to Plaintiff.

Frank D. Whitney
Chief United States District Judge